# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:07-mj-365 |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL AND QUASHING WARRANT |
| vs. ) | |
| ) | |
| HILAVIO CASTANEDA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:07-mj-365 on Hilavio Castaneda and quashes the arrest warrant.

DATED this _____ day of November, 2018.

DAYLE ELIESON
United States Attorney

/s/ Chad McHenry

CHAD MCHENRY
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  6th  day of November, 2018.

UNITED STATES MAGISTRATE JUDGE

1